# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| VALLEY INSURANCE COMPANY, | CASE No. 5:11-cv-04370 EJD |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |
| vs. | Trial Date: None set |
| ROYAL SURPLUS LINES INSURANCE COMPANY, ET AL., | |
| Defendants. | |

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that Defendant Royal Surplus Lines Insurance Company is granted an extension until January 19, 2012 to file an answer and/or otherwise respond to the complaint.

DATED: January 18, 2012

_____
Honorable Edward J. Davilla