UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROYAL SURPLUS LINES INSURANCE COMPANY, ET AL.,<br><br>　　　　Defendants. | CASE No. 5:11-cv-04370 EJD<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT<br><br>Trial Date:　　　None set |

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that Defendant Royal Surplus Lines Insurance Company is granted an extension until January 19, 2012 to file an answer and/or otherwise respond to the complaint.

DATED:  January 18, 2012

_____
Honorable Edward J. Davilla

773173.1

5:11-cv-04370 EJD
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT