1  DAVID R. LANE, ESQ. (SBN 84169)
   dlane@farmersmithlaw.com
2  JOHN L. HALL (SBN 235964)
   jhall@farmersmithlaw.com
3  **FARMER SMITH & LANE, LLP**
4  3620 American River Drive, Suite 218
   Sacramento, CA 95864
5  Telephone: (916) 679-6565/Fax: (916) 679-6575
6  Attorneys for Plaintiff,
   VALLEY INSURANCE COMPANY

7  DAVID A. TARTAGLIO, ESQ.
   dtartaglio@mpglaw.com
8  LAURA A. KIM, ESQ.
9  l.kim@mpglaw.com
   Musick Peeler & Garrett LLP
10 1 Wilshire Blvd., #2000
   Los Angeles, CA 90017-3383
11 Phone: (213) 629-7600/Fax: (213) 624-1376
   Attorneys for Defendant, ARROWOOD SURPLUS
12 LINES INSURANCE COMPANY
   f/k/a and successor to Royal Surplus
13 Lines Insurance Company

14 FELICIA A. STARR, ESQ.
   fstarr@skanewilcox.com
15 WENDLY L. WILCOX, ESQ.
   wwilcox@skanewilcox.com
16 SKANE WILCOX LLP
   1055 West 7th Street, Suite 2850
17 Los Angeles, California 90017
   Tel: (213) 452-1200/Fax: (213) 452-1201
18 Attorneys for Defendant, AMERICAN MOTORISTS
   INSURANCE COMPANY
19 erroneously sued herein as Specialty National
   Insurance Company ("AMICO")
20

IT IS SO ORDERED
Judge Edward J. Davila
4/27/2012

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE BRANCH

///

///

- 1 -

**STIPULATED DISMISSAL; 5:11-cv-04370 EJD**

30379

|  |  |
|---|---|
| VALLEY INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>    vs.<br><br>ROYAL SURPLUS LINES INSURANCE COMPANY and SPECIALTY NATIONAL INSURANCE COMPANY,<br><br>              Defendants. | Case No.  5:11-cv-04370 EJD<br>*[For all purposes this matter is assigned to the Honorable Edward J. Davila]*<br><br>**STIPULATED DISMISSAL**<br><br>*Complaint Filed: 09/01/2011* |

Plaintiff and Defendants have settled the case, and therefore, pursuant to Rule 41(a)(1)(A)(ii) stipulate to a dismissal of the action with prejudice, with each party to bear its own fees and costs.

The Clerk shall close this file.

Respectfully submitted,

Dated:  April 27, 2012          FARMER, SMITH & LANE, LLP

By: /s/ David R. Lane
<br>David R. Lane
<br>John L. Hall
<br>Attorneys for Plaintiff Valley Ins. Co.

Dated: April 27, 2012          MUSICK PEELER & GARRETT LLP

By: /s/ David A. Tartaglio
<br>David A. Tartaglio
<br>Laura Kim
<br>Attorneys for Defendant Arrowood Surplus Lines Insurance company f/k/a and successor to Royal Surplus Lines Insurance Company

Dated: April 27, 2012          SKANE WILCOX LLP

By: /s/ Felicia A. Starr
<br>Felicia A. Starr, Esq.
<br>Wendy L. Wilcox, Esq.
<br>Attorneys for Defendant American Motorists Insurance Company erroneously sued herein as Specialty National Insurance Company

| RE: | Valley Insurance Co. v. Royal Surplus Lines Insurance Co. et al. |
|---|---|
| COURT: | United States District Court for the Northern District of California |
| ACTION NO.: | 5:11-cv-04370-EJD |

## CERTIFICATE OF SERVICE

I certify that I am a citizen of the United States and am employed in the County of Sacramento, State of California; where this mailing occurs. My business address is 3620 American River Drive, Suite 218, Sacramento, in said County and State. I am over the age of 18 years and not a party to the within cause. On April 27, 2012, following ordinary business practice, I served the foregoing document(s) described as:

## STIPULATED DISMISSAL

Addressed to each of the persons named below at the address shown:

| **Attorneys for Defendant Arrowood Surplus Lines Insurance company f/k/a and successor to Royal Surplus Lines Insurance Company**<br>David A. Tartaglio<br>Laura Kim<br>Musick Peeler & Garrett LLP<br>1 Wilshire Blvd., #2000<br>Los Angeles, CA  90017-3383<br>Phone: (213) 629-7600<br>Fax: (213) 624-1376<br>E-mail: l.kim@mpglaw.com<br>dtartaglio@mpglaw.com | **Attorneys for Defendant American Motorists Insurance Company erroneously sued herein as Specialty National Insurance Company ("AMICO")**<br>Felicia A. Starr, Esq.<br>Wendy L. Wilcox, Esq.<br>SKANE WILCOX LLP<br>1055 West 7th Street, Suite 2850<br>Los Angeles, California 90017<br>Tel: (213) 452-1200<br>Fax: (213) 452-1201<br>E-mail: fstarr@skanewilcox.com<br>wwilcox@skanewilcox.com |
|---|---|



**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused such document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through this Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on April 27, 2012, at Sacramento, California.

---------------------------------------
Susie Hryekewicz

-1-